DASHAY HALL SR.,

    Plaintiff,

v.

JEDIDIAH BROWN (a/k/a "Black", "Jed", "JB", "Tootie"), MARK AVINGTON (a/k/a "Money Boy Trey", "Petty Goat", "Trey", "MB", "Petty Springer"), MARY AVENT (a/k/a "Momma Mary", "Carolyn Avent"), KIANA BELCHER, SHERRY HATCHER-BRITTON, VALERIE GAIL GRIFFIN, and JOHN DOE CO-CONSPIRATORS (1-44), Defendants.

_____

Case No:

**FILED**

NOV 2 1 2025

JOAN KANE, CLERK
U.S. DIST COURT, WESTERN DIST OKLA
BY_____, DEPUT

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF (14 COUNTS)**

**JURY TRIAL DEMANDED**

1

**PRELIMINARY STATEMENT**

1. This action arises from a coordinated, multi-platform assault orchestrated by a criminal enterprise operating under the name "Investigate n Advocate" (INA).

2. Defendants operate this enterprise under the fraudulent guise of a legitimate "Private Investigation" business, despite holding no licensure. Defendant Jedidiah Brown intimidates victims by falsely claiming "DOJ ties" and leveraging corrupt relationships with government officials, openly bragging that he is "above the law."

3. While disguised as "Advocacy," this enterprise cannot point to a single tangible result other than manufacturing conflict to solicit funds. It is a "grift" driven by Defendant Brown's signature catchphrase to "resource this fight," which serves as the engine for monetizing the harassment of the Plaintiff and others into a revenue stream.

4. These acts were calculated to cause, and have caused, extreme Intentional Infliction of Emotional Distress (IIED). For over one year, the Defendants' malice has extended beyond the Plaintiff, terrorizing his wife, his 16-year-old daughter, his 4-year-old son, and his professional colleagues, all of whom have been targeted in furtherance of the INA enterprise.

## I. JURISDICTION AND VENUE

5. **Federal Question Jurisdiction:** This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the laws of the

2

United States, specifically: a. The Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(f) (Misrepresentation). b. The Wire Fraud Statute, 18 U.S.C. § 1343 (Civil RICO predicate/Fraud). c. The Federal Cyberstalking Statute, 18 U.S.C. § 2261A. d. Conspiracy Against Rights, 18 U.S.C. § 241.

6. **Supplemental Jurisdiction:** This Court has supplemental jurisdiction over the state law tort claims (Civil Conspiracy, IIED, Assault, Defamation, False Light, etc.) pursuant to 28 U.S.C. § 1367(a) as they form part of the same case or controversy.

7. **Diversity Jurisdiction:** Jurisdiction is also proper under 28 U.S.C. § 1332(a) as the Plaintiff and Defendants are citizens of different states (Oklahoma vs. Illinois/Others) and the amount in controversy exceeds $75,000.

8. **Venue:** Venue is proper in the Western District of Oklahoma pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claim occurred in this District, specifically the receipt of interstate threats, the targeting of the Plaintiff's Oklahoma business, and the actual arrival of the Principal Defendant (Jedidiah Brown) in this District to seek physical confrontation.

## II. FACTUAL ALLEGATIONS (The Overt Acts of the Conspiracy)

### A. The Criminal Enterprise: "Investigate n Advocate" (INA) / "4 the Culture"

9. **Structure of the Conspiracy:** This action arises from the organized illegal activities of a criminal enterprise operating under the names "Investigate n Advocate" (INA) and "4 the Culture." This enterprise is not a legitimate business

3

but a coordinated harassment ring designed to destroy the Plaintiff's and others businesses to "resource" himself.

10. **The Commander:** Defendant Jedediah Brown (JB) operates as the undisputed "Commander" of this enterprise. He admitted to having a structured hierarchy, including a "Freshman Team," " Vet teams", licensed investigators, bodyguards, a CEO, a "czar", hackers, gang members, a "National Director of Province", elected officials, and law enforcement working under his direction.

11. **The "Licensed" Investigator Lie:** JB explicitly stated on video that he employs "licensed private investigators" to conduct operations. The Plaintiff alleges this is a knowingly false statement made to induce financial contributions and feign legal authority, as neither JB nor the INA business possess a Private Detective License.

12. **The "TMZ of Advocacy":** JB explicitly referred to this illegal business as the "TMZ of Advocacy", confirming that the business model relies on monetizing the invasion of privacy, defamation, and harassment of targets like the Plaintiff.

13. **The Real Financial Motivation:** The conspiracy is bound together by a relentless financial motive, confirmed by JB's begging: "RESOURCE THIS FIGHT!". The Plaintiff alleges that every single video where the Defendant committed an infraction against the Plaintiff was monetized. JB solicited donations repeatedly in every video, processing funds via CashApp: $ffjb, $4tcv Zelle: cassandra.chatman1223@gmail.com, and Venmo: @JEDEDIAH-BROWN-5.

**B. Financial Fraud, Extortion, and Money Laundering**

4

14. **The "Denounce or Destroy" Extortion Scheme:** JB executed a specific extortion scheme against the Plaintiff's colleague, Burgundy Blue Commentary (BB). JB issued a specific "48-hour notice" ultimatum, demanding she denounce the Plaintiff and his business. When she refused to oblige, JB executed the threat to "uncover, unearth[ed], excavate[ed] and expose[d]" her private information.

15. **Percentage Demand:** JB openly admitted his objective was to extract a settlement with plaintiff to stop reporting on his behavior, stating his goal was to "make him homeless" and "put a lien on his life" explicitly saying he "wants all" of the Plaintiff's earnings for reporting on his antics.

16. **Specific Fraud Schemes:** Defendants executed multiple monetized fraud schemes, including: a. **The Monkey Fundraising Fraud:** JB committed wire fraud by raising money for a monkey, soliciting donations by falsely claiming the Plaintiff had done something to the animal to incite anger and donations from his audience. b. **Illegal THC Sales:** JB admitted to conducting illegal THC/CBD sales, making $93,000 in 90 days. He instructed customers on illegal shipping practices and admitted to hiding the labels so his company could not be tracked. c. **The INA Building Fraud:** JB admitted on stream that the $100,000 brick-and-mortar headquarters for INA in Harvey, Illinois, for which he had been fundraising, is no longer happening, despite collecting funds for that specific purpose. d. **The Kenneka Jenkins Fraud:** A former associate admitted that JB suggested she take money out of the Kenneka Jenkins fund to cover her own costs, involving her in financial mismanagement. e. **The "Lawsuit is dismissed"**

lie: JB publicly lied about the plaintiff's lawsuit against YouTube (Hall v. YouTube, LLC (3:24-cv-04071)

17. claiming it was dismissed; he raised funds to celebrate. The case has not been dismissed and the defendant kept the money. **The "Rape Info" Fraud:** JB admitted he claims to raise $2,000 for information about an "alleged rape that no one else knows about". g. **Money Laundering:** JB admitted to receiving donations to illegally launder money through a family member of a police officer (Officer Miles Dolton PD).

## C. Intentional Death Threats, Physical Assault, and Interstate Stalking

17. **Conscious Malice:** JB explicitly articulated his malicious intent as a calculated strategy: "I'm (like) when they go low, you dig six feet deeper and you drag their ass through hell and I am okay with it". He further stated: "when they go low I go to hell I go lower".

18. **Violence Policy:** JB explicitly stated: "If I think that your opinion disagrees from mine I will kick your ass".

19. **Death Wishes:** JB engaged in extreme psychological abuse by publicly expressing death wishes toward the Plaintiff: "I ask God why haven't he killed them yet".

20. **The 24-Hour Ultimatum:** JB characterized his threats as a "Killshot". On November 8, 2025, he issued a specific ultimatum: "You got 24 hours to let it be clear You'd rather move on... Cuz if you don't you have my commitment and I'll let you fuck around and find out". He further stated: "I'm a Chicago one... rappers beef And when they beef shit happens".

21. **Interstate Stalking (Mother's Day):** On Mother's Day (May 12, 2024), JB committed an overt act of intimidation by executing interstate travel from Chicago to Oklahoma City (Plaintiff's residence) with the explicit intent to seek physical confrontation. He posted his flight confirmation tickets online on May 11, 2024, stating: "Flight confirmed... lets just have this convo in person Bitch".

22. **Law Enforcement Involvement and Mockery:** Upon confirming the Defendant's arrival in Oklahoma City and his stated intent to confront the Plaintiff ("lets just have this convo in person"), Plaintiff contacted the **Federal Bureau of Investigation (FBI)** and the **Oklahoma City Police Department** due to a reasonable fear of imminent violence. Defendant JB subsequently mocked the Plaintiff for seeking law enforcement protection, boasting on stream: "I don't give a fuck what no man got to say when I literally came all the way to his city and that bitch ass nigga called the police because he's a fucking clown".

23. **Violent Public Assault (Michigan Incident):** Defendant JB demonstrated a flagrant disregard for judicial authority and a propensity for extreme physical violence by engaging in a brutal, multi-victim assault while out on bond in July 2025. Video evidence shows JB hitting a man unexpectedly and then jumping on top of the man throwing several punches while his accomplice proceeds to kick the man in the head and JB subsequently started threatening a senior citizen woman, and then punched another woman in the face twice. JB later celebrated the assault by pulling out 2 championship belts on stream to brag about the violence.

24. **"Mutual Combat" Fraud:** JB admitted he called his lawyer to ask if the interstate confrontation could be "framed as mutual combat" to manipulate the legal narrative and avoid criminal liability.

25. **Corroboration:** Co-Defendant Mary Avent (aka "Momma Mary") threatened to come fight the Plaintiff as well, stating: "Jedidiah isn't the only one who can buy a ticket to Oklahoma. I will come to your ass".

26. **Criminal Association:** When directly challenged about collaborating with a man allegedly "convicted of gang rape" to confront a rival, JB refused to deny the association or the crime, confirming his willingness to utilize violent criminals.

27. **Housing Threat:** JB admitted to talking to Plaintiff's landlord about buying the Plaintiff's house to make him homeless and stated he would move "street people from Chicago" into the neighborhood to harass him.

## D. Extreme Sexual Harassment, Revenge Porn, and Family Targeting

28. **Sexual Harassment of Wife:** Defendant JB explicitly and repeatedly asked for permission to have sex with the Plaintiff's wife. He made vile comments regarding "turkey basting" and referred to her as a "cracker wife".

29. **Image Exploitation:** JB committed sustained, extreme harassment by displaying a topless photo of the Plaintiff's body on stream, calling him "Mitty's man with the titties," and solicited financial donations immediately during this display. JB confirmed he doubled down on the harassment despite warnings, stating: "So listening to your warning not only did I (not) remove anything but I added to it". JB also sexually harassed the Plaintiff by displaying half-naked pictures of himself on screen and commenting that the Plaintiff was "jealous of the size of his penis".

30. **The "Cover Photo" Escalation (Permanent Display):** On November 7, 2025, Defendant JB escalated the harassment from a livestream display to a permanent public broadcast. He updated his Facebook Cover Photo to the unauthorized topless image of the Plaintiff. This act generated over 578 reactions and 294 comments mocking the Plaintiff, proving a sustained, permanent campaign of humiliation.

31. **Revenge Porn:** JB tried to coerce Plaintiff into exposing a naked picture of a female police officer. When Plaintiff refused, JB admitted he leaked it himself. JB also made a general threat to "release someone's sex tape".

32. **Targeting the Family:** The Defendants' malice extended directly to the Plaintiff's family, including specific threats made against the Plaintiff's 16-year-old daughter. JB explicitly stated his goal was to destroy the family structure so that "when your children look at who you were in life they're not going to see anything worth measuring".

33. **Catastrophic Emotional Distress:** The harassment forced the Plaintiff to focus on the attacks and the lawsuit, preventing him and his wife from taking a planned family trip to see his wife's mother. The mother tragically died before they could visit, forcing the Plaintiff's wife to suffer her mom's death alone.

**E. Defamation, Character Assassination, and False Light**

34. **The "Paid Henchman" Lie:** JB publicly posted a massive lie designed to destroy Plaintiff's credibility, stating Plaintiff is a "PAID HENCHMEN" of Tiffany Henyard and colluding with Dolton Police Chief.

35. **The "V-Notts" Fundraising Scheme:** Co-conspirator Shelby Shel posted on Facebook explicitly disparaging the Plaintiff's supporters as "VNOTTS" (stating "The VNOTTS..they not like us!") and immediately pivoted to soliciting donations for Co-Conspirator Valerie Gail Griffin (Val Queen), monetizing the disparagement using CashApp $ShelShel75, $Valsablingchic, and Venmo Valhash77.

36. **The Image Distortion (False Light):** Co-conspirator Terri Dean publicly posted evidence confirming the conspiracy's intent to manufacture humiliation. She posted side-by-side images of the Plaintiff, admitting that the image used for harassment was a specific "screenshot" but boasting that they "play chess not checkers". The Plaintiff alleges that the image circulated by the Defendants was taken at a certain precise angle to exaggerate the Plaintiff's physical features (making his chest appear larger) solely to increase the ridicule.

37. **Specific Slander:** JB falsely and maliciously stated the Plaintiff was a "gay", defrauding his audience, "only reporting on me for money", "Taking care of someone else's child" and a "felon". He also falsely accused the Plaintiff of a "Pizza Bribery" scheme.

38. **Business Disparagement:** JB explicitly stated the Plaintiff's business is a "scam" designed solely to funnel donations. Co-conspirators mocked the Plaintiff's business name ("The Real Late Night Crew") by operating under the racially offensive alias "The Real Lame Negro Crew", which was amplified by JB

39. **Commercial Exploitation:** JB launched and promoted a commercial merchandise line (the "V-nots" line) featuring the Plaintiff's image/face/likeness

for profit and ridicule without permission. JB stated it was "not a joke" and that he was buying it in "every color".

## F. Conspiracy, Collusion, and The Strike Team

40. **Trustee Coercion:** Co-Conspirator Kiana Belcher (Trustee associate) called the Plaintiff, ordering him to stop reporting on JB. When Plaintiff refused, the insane antics of JB. When plaintiff publicly discussed the upcoming lawsuit, Belcher messaged: "I heard you was suing me. Do you need my address? Smh", and the harassment campaign immediately escalated even more.

41. **The Strike Team & OTHERS :** JB admitted that Money Boy Trey (aka "Petty Goat") does strikes on his behalf. Others helping JB with the harassment includes aliases such as "ShelShel" "Investigate N Advocate" " Val Queen" "Grace Levi" "Shelley Bell" "Advocacy Cyber Investigations Unit" "Clark Stark" "Truth Hurts! All Tea! No Shade!" "J Jones" MPayne Trey Avington" "Cooking With Frank" "Mon3y Boy Tr3y" "Miss Mocha" "Bobby Mer" "Steve Strack" "Boss Ass Linda" "DET.Rachel M" "Terri Dean" & others.

42. **Proof of Coordination:** a. **Screen Recording:** A screen recording of Co-Defendant Money Boy Trey (harassing Plaintiff's colleague Burgundy Blue) inadvertently showed a private notification from JB, proving they coordinate attacks privately. Money Boy Trey confirmed this in a chat message: "Yup she kno...". b. **Boasting About Plaintiff Losing Channels:** Co-conspirator Shelby Shel confirmed: "It was demonetized today". Advocacy Cyber Investigations Unit boasted: "Nope we got that shut down over night". c. **Call to Action:** Moderators

were recorded instructing the audience: "GO AND REPORT HIS PAGE... THERE IS STRENGTH IN NUMBERS" and targeted two separate pages.

43. **Illegal Tactics:** JB directed his team to "investigate me off the platform" and "non stop". He admitted to using hackers and illegal recording devices. He directed co-conspirators to send tips to InvestigateNAdvocate@gmail.com.

44. **Payment for Harassment:** JB paid co-conspirator "Cooking With Frank" a $50 cash donation specifically for making a defamatory video. JB also admitted to doing things for "memberships" where members stated they "paid for my membership and I want to see Shay get treated like a bitch".

45. **Coordinated Live Streams:** JB and multiple YouTube channels (including Money Boy Tr3y, Cooking With Frank, and Advocacy Cyber Investigations Unit) actively colluded to create videos and conducted joint live streams lying on the Plaintiff.

## G. Abuse of Process, Spoliation, and Political Collusion

46. **Wire Fraud (Fake Meeting):** JB committed wire fraud by displaying fake flight confirmations and claiming a meeting with YouTube executives in San Bruno to terminate Plaintiff's channel.

47. **Lawsuit Lie:** JB repeatedly lied that the Plaintiff's active lawsuit was "dismissed a dismissed case" and falsely claimed Plaintiff filed "300 pages of exhibits AFTER the case was dismissed," using this lie to fundraise.

48. **Spoliation of Evidence on a Massive Scale:** The Plaintiff alleges that JB has hidden or deleted over 100 videos from his channel. These videos were deleted solely to conceal the infractions committed against the Plaintiff. JB explicitly

admitted to this intent on stream, stating he was "removing this video from our YouTube" to hide the evidence.

49. **Judicial Abuse:** Co-conspirators Grace Levi and Valerie Fisher illegally live-streamed a domestic violence court hearing (Markham Courtroom 102 OP) to harass Plaintiff's colleague, despite a Judge explicitly stating it was illegal. JB admitted to having 100 people in a court Zoom chat to harass colleague "BB".

50. **Admitted Courtroom Outburst & Contempt Proceedings:** Defendant JB admitted on a livestream to having a "blow up" in open court, stating he "went the hell off" on a Judge. JB further admitted that the Judge had to instruct the courtroom not to feel "unsafe" due to his behavior. JB also read aloud a "Motion to Reconsider Rule to Show Cause" filed against him, confirming active contempt proceedings.

51. **Perjury:** JB lied to a judge on the court record, stating he "doesn't have anyone do any research" for him, despite boasting publicly of having "teams".

52. **Political Collusion ("Reverse Victimhood"):** JB admitted to working with the "Mob aka Mafia" and Dolton Trustees. Co-Conspirator Darcus Williams posted on Facebook explicitly grouping the Plaintiff with Dolton Police Chief Lacy in a "hit list" style post. JB posted: "Help me!! Help me PLEASE!!! I'm being harassed by Lacy, Staples, Lolita, Gardis, Shay...".

53. **Doxxing Colleague:** JB admitted to sending Burgundy Blue's address to his "vet team" to cross-reference with a known "rapist", endangering her life as part of the extortion scheme.

54. **Admission of Evasion:** JB admitted to concealing his address to avoid service: "Stop sending sheriff's notices to Mary Avant's house... I don't live there anymore... find me ho! Pay a process server and serve me".

## III. CAUSES OF ACTION

**COUNT I: CIVIL CONSPIRACY** (Against All Defendants) (Authority: Oklahoma Common Law)

55. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

56. **Combination:** Defendants formed a combination and agreement to accomplish an unlawful purpose: the destruction of the Plaintiff's business and reputation.

57. **Unlawful Acts:** Defendants committed independent torts including Assault, Defamation, Wire Fraud, and DMCA Misrepresentation.

58. **Concerted Action:** Proven by the "daily briefings," "Strike Team" chats, synchronized "V-Notts" fundraising, and private communications ("Yup she kno").

59. **Malice:** The primary object was malicious, confirmed by Defendant JB's intent to "drag their ass through hell."

60. **Damages:** Plaintiff suffered loss of income, demonetization, and severe emotional distress.

**COUNT II: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED)** (Against All Defendants) (Authority: Oklahoma Common Law Tort)

14

61. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

62. **Extreme and Outrageous Conduct:** Defendants' conduct was extreme and outrageous, including: (a) Mother's Day stalking; (b) soliciting sex with Plaintiff's wife; (c) displaying unauthorized topless photos; (d) threatening Plaintiff's daughter; (e) "Killshot" ultimatum;.

63. **Intent:** Defendants acted with specific intent to cause distress, as evidenced by JB's statement that he could "hear the fear and mental anguish."

64. **Severe Distress:** The distress was so severe no reasonable person could endure it, preventing Plaintiff from seeing his dying mother-in-law.

**COUNT III: ASSAULT (Intentional Apprehension of Harm)** (Against Jedidiah Brown and Mary Avant) (Authority: Oklahoma Common Law Tort)

65. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

66. **Act:** Defendant JB traveled to the Plaintiff's resident city (Oklahoma City) and posted flight confirmations with the threat "lets just have this convo in person Bitch." "I didn't go there alone, either."

67. **Intent:** The intent was to create a reasonable apprehension of imminent harmful or offensive contact.

68. **Apprehension:** Plaintiff reasonably feared for his safety and the safety of his family, necessitating calls to local police.

**COUNT IV: DEFAMATION PER SE** (Against All Defendants) (Authority: Oklahoma Statutes Title 12, § 1442)

69. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

70. **False Statements:** Defendants published false statements including that Plaintiff is a "gay", a "felon," a "scammer", a "paid henchman" and several other things.

71. **Publication:** These statements were broadcast on YouTube and Facebook to thousands of viewers.

72. **Per Se Damages:** These allegations impute criminal activity and unchastity, constituting defamation *per se*, where damages are presumed.

**COUNT V: FALSE LIGHT INVASION OF PRIVACY** (Against Jedidiah Brown, Shelby Shell and Terri Dean) (Authority: Oklahoma Common Law Tort)

73. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

74. **Publicity:** Defendants gave publicity to a matter concerning the Plaintiff by circulating digitally altered images of his body.

75. **False Light:** The images were altered to exaggerate physical features, placing the Plaintiff in a false light that would be highly offensive to a reasonable person.

76. **Knowledge:** Defendants acted with knowledge of the falsity, admitting they "play chess not checkers" regarding the screenshot manipulation.

**COUNT VI: PUBLIC DISCLOSURE OF PRIVATE FACTS** (Against Jedidiah Brown) (Authority: Oklahoma Common Law Tort)

16

77. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

78. **Disclosure:** Defendant publicly displayed unauthorized topless photos of the Plaintiff.

79. **Private Nature:** The images were private and not a matter of legitimate public concern.

80. **Offensiveness:** The disclosure was highly offensive, as evidenced by the Defendant's solicitation of ridicule and money during the display.

## COUNT VII: TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS (Against All Defendants) (Authority: Oklahoma Common Law Tort)

81. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

82. **Business Expectancy:** Plaintiff has a valid business relationship with YouTube and his audience ("The Real Late Night Crew").

83. **Interference:** Defendants maliciously interfered by organizing mass reporting campaigns ("Report his page"), leading to demonetization.

84. **Damages:** Plaintiff suffered direct financial loss due to demonetization and suppressed viewership.

## COUNT VIII: MISAPPROPRIATION OF LIKENESS / RIGHT OF PUBLICITY (Against Jedidiah Brown and Shelby Shel) (Authority: Oklahoma Statutes Title 12, § 1448)

85. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

86. **Unauthorized Use:** Defendants created and promoted the "V-nots" merchandise line using the Plaintiff's likeness.

87. **Commercial Purpose:** The use was for profit and trade, with Defendant stating he was buying it in "every color."

88. **Lack of Consent:** Plaintiff did not consent to this use.

**COUNT IX: CIVIL CYBERSTALKING** (Against Jedidiah Brown) (Authority: 18 U.S.C. § 2261A; Oklahoma Anti-Stalking Statutes)

89. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

90. **Course of Conduct:** Defendant engaged in a course of conduct (traveling to Oklahoma, "Killshot" threats, "24-hour ultimata") directed at Plaintiff.

91. **Intent:** The conduct was intended to cause, and did cause, substantial emotional distress and fear of death or serious bodily injury.

**COUNT X: MISREPRESENTATION UNDER THE DMCA** (Against Jedidiah Brown) (Authority: 17 U.S.C. § 512(f))

92. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

93. **Misrepresentation:** Defendants knowingly materially misrepresented that material or activity on Plaintiff's channel was infringing.

94. **Bad Faith:** The takedowns were issued solely to harass and silence the Plaintiff.

95. **Damages:** Plaintiff incurred costs and attorneys' fees in responding to these false strikes.

18

**COUNT XI: CIVIL RICO (RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS)** (Against All Defendants) (Authority: 18 U.S.C. § 1962(c))

96. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

97. **Enterprise:** The "Investigate n Advocate" (INA) organization constitutes an enterprise engaged in interstate commerce.

98. **Pattern of Racketeering:** The enterprise engaged in a pattern of racketeering activity, including multiple acts of Wire Fraud (fundraising scams) and Extortion (threats to "expose" unless demands are met).

99. **Injury:** Plaintiff was injured in his business and property by reason of this violation.

**COUNT XII: FRAUD / WIRE FRAUD** (Against Jedidiah Brown) (Authority: 18 U.S.C. § 1343; Common Law Fraud)

100. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

101. **False Representation:** Defendant made material misrepresentations regarding the "San Bruno meeting" with YouTube executives and the "dismissal" of Plaintiff's lawsuit.

102. **Intent to Deceive:** These lies were transmitted via wire (internet) to deceive the public and solicit funds based on false premises.

103. **Reliance and Damage:** Donors relied on these statements, funding the continued harassment of the Plaintiff.

**COUNT XIII: SPOLIATION OF EVIDENCE** (Against Jedidiah Brown) (Authority: Inherent Authority of the Court; Sanctions)

104. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

105. **Duty to Preserve:** As a litigant in active/threatened litigation, Defendant had a duty to preserve evidence.

106. **Destruction:** Defendant admitted to "removing this video" to hide evidence, deleting over 100 videos.

107. **Prejudice:** This destruction hinders Plaintiff's ability to prove the extent of the harassment.

**COUNT XIV: CONSPIRACY AGAINST RIGHTS** (Against All Defendants) (Authority: 42 U.S.C. § 1985(3))

108. Plaintiff incorporates and realleges Paragraphs 1 through 54 as if fully set forth herein.

109. **Conspiracy:** Defendants conspired to deprive the Plaintiff of the equal protection of the laws and his privileges and immunities.

110. **Overt Acts:** The conspiracy involved intimidation, defamation, and interstate travel to prevent Plaintiff from exercising his First Amendment rights to report on public matters.

111. **Injury:** Plaintiff was injured in his person and property and deprived of having and exercising his rights as a citizen.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Dashay Hall Sr. respectfully requests that this Court enter Judgment in his favor and against Defendants, and grant the following relief:

A. **Compensatory Damages:** An award of compensatory damages in an amount to be determined at trial, but exceeding $75,000.00, for lost income, emotional distress, and damage to reputation. B. **Punitive Damages:** An award of punitive damages against all Defendants for their malicious, willful, and wanton conduct. C. **Injunctive Relief:** A permanent injunction prohibiting Defendants from contacting, stalking, or harassing Plaintiff and his family; and ordering the removal of all defamatory content. D. **Disgorgement:** An order requiring Defendants to disgorge all profits derived from the use of Plaintiff's likeness and the fraudulent fundraising schemes. E. **Attorneys' Fees and Costs:** An award of costs and reasonable attorneys' fees (or pro se equivalent costs) as permitted by law. F. **Other Relief:** Such other and further relief as the Court deems just and proper.

Dated: November 21, 2025

Respectfully submitted,

DaShay Hall Sr.

629 Westridge Court

Yukon, OK 73099

AriFootball25@gmail.com

21