DASHAY HALL SR.,

Plaintiff,

v.

JEDIDIAH BROWN (a/k/a "Black", "Jed", "JB", "Tootie"), MARK AVINGTON (a/k/a "Money Boy Trey", "Petty Goat", "Trey", "MB", "Petty Springer"), MARY AVENT (a/k/a "Momma Mary", "Carolyn Avent"), KIANA BELCHER, SHERRY HATCHER-BRITTON, VALERIE GAIL GRIFFIN, and JOHN DOE CO-CONSPIRATORS (1-44), Defendants.

_____

Case No:

TABLE OF EXHIBITS

FILED

NOV 2 1 2025

JOAN KANE, CLERK
U.S. DIST. COURT WESTERN DIST OKLA
BY_____ DEPUTY

1

## I. EXHIBIT 1: DANGER & STALKING



Defendant's Flight Confirmation to Plaintiff's Home City.

## EXHIBIT 2: CONSPIRACY

2