## I. EXHIBIT 1: DANGER & STALKING



Defendant's Flight Confirmation to Plaintiff's Home City.

## EXHIBIT 2: CONSPIRACY

2



Evidence of private coordination between Defendants during attacks.

3



Defendant Griffin and others ordering a mass reporting attack. Kiana Belcher has direct knowledge of this.

4



Defendants admitting they successfully targeted Plaintiff's business.

5