**EXHIBIT 3: RICO**



Defendants soliciting funds during harassment campaigns.

6



Evidence of large-scale financial transactions between co-conspirators.