**EXHIBIT 4**

PLAINTIFF'S VIDEO EVIDENCE LOG (EXCERPTS)

**VIDEO A: ADMISSION OF "STRIKE TEAM" & COORDINATED HARASSMENT**

- **Video Title:** *Turn Up Tuesday*
- **Date:** June 25, 2024
- **Status:** [DELETED BY DEFENDANT]
- **Spoliation Note:** *Defendant deleted this video to conceal evidence of the conspiracy. Plaintiff actively preserved a digital copy.*

| Timestamp | Speaker | Statement / Illegal Act |
|---|---|---|
| 02:40 | Co-Conspirators | Admitted to participating in a "Strike Team" to target Plaintiff. |
| 1:06:30 | Jedidiah Brown | Explicitly admitted that Defendant Mark Avington (Money Boy Trey) conducts "strikes" on his behalf. |
| 59:30 | Jedidiah Brown | Admitted that people are angry because Plaintiff "lost his page" due to what the Defendant and his co-conspirators did[10]. |

**VIDEO B: INTERSTATE STALKING & PHYSICAL THREATS**

- **Video Title:** *Jed 5-26-24*
- **Date:** May 26, 2024
- **Status:** [DELETED BY DEFENDANT]
- 

| Timestamp | Speaker | Statement / Illegal Act |
|---|---|---|

8

| 37:40 | Jedidiah Brown | Admitted to traveling to Plaintiff's city and acknowledged Plaintiff contacted the **FBI** regarding Defendant's travel to Oklahoma for a physical confrontation. |
|---|---|---|
| 48:44 | Jedidiah Brown | Admitted to contacting Plaintiff's landlord in an attempt to jeopardize Plaintiff's housing. |

**VIDEO C: THREATS OF VIOLENCE & CONSPIRACY**

- **Video Title:** *Dear LNC*
- **Date:** June 2024
- **Status: [DELETED BY DEFENDANT]**

| Timestamp | Speaker | Statement / Illegal Act |
|---|---|---|
| 08:44 | Mary Avant | Threatened interstate travel to Oklahoma to confront Plaintiff, stating: "Jedidiah isn't the only one who can buy a ticket to Oklahoma... I will come to your ass". |
| 09:25 | Mary Avant | Reiterated the threat, stating Defendant Brown "ain't going anywhere" and confirming her intent to travel to Plaintiff's location. |
| 11:00 | Jedidiah Brown | Played a "Mortal Kombat" sound effect ("Finish Him") while directing Co-Defendant Avant to target the Plaintiff. |

**VIDEO D: ADMISSION OF WIRE FRAUD & ILLEGAL COMMERCE (RICO)**

- **Video Title:** *Court Stream*
- **Date:** June 27, 2024
- **Status: [DELETED BY DEFENDANT]**
- **Spoliation Note:** *Defendant deleted this video after admitting to federal crimes on stream.*

9

| Timestamp | Speaker | Statement / Illegal Act |
|---|---|---|
| 32:59 | Jedidiah Brown | Displayed "THC Only" lubricant bottles on camera without legal labels. |
| 33:15 | Jedidiah Brown | Admitted to selling products without labels specifically so authorities "can't track his company". |
| 39:55 | Jedidiah Brown | Claimed this illegal enterprise generated **$93,000.00** in the first 90 days. |
| 18:44 | Jedidiah Brown | Admitted to using donations to illegally launder money to a Dolton, Illinois Police Officer through a family member to avoid detection. |

**VIDEO E: ADMISSION OF SPOLIATION**

- **Video Title:** *Court Stream*
- **Date:** June 27, 2024
- **Status:** [DELETED BY DEFENDANT]

| Timestamp | Speaker | Statement / Illegal Act |
|---|---|---|
| 45:00 | Jedidiah Brown | Explicitly stated: "I will delete this self-incriminating live," acknowledging guilt before destroying the evidence. |

**VIDEO F: SEXUAL HARASSMENT & TARGETING OF FAMILY (IIED)**

- **Video Title:** *Jed 5-26-24* (and *Jed Trey first live*)
- **Date:** May 26, 2024
- **Status:** Active/Private

10

| Timestamp | Speaker | Statement / Illegal Act |
|---|---|---|
| 13:45 | Jedidiah Brown | **Sexual Harassment:** Explicitly asked for permission to have sex with the Plaintiff's wife. |
| 43:22 | Jedidiah Brown | Celebrated the financial harm caused to Plaintiff (demonetization) and immediately followed up by asking to have sex with Plaintiff's wife. |
| 1:22:47 | Jedidiah Brown | **Racial Slurs:** Referred to Plaintiff's spouse using racial slurs ("Cracker wife"). |

### VIDEO G: EXTORTION & DOXXING OF ASSOCIATES (RICO PATTERN)

- **Video Title:** *48 Hour Notice* (and *Fraud!*)
- **Date:** May 2024 / June 2024
- **Status:** [DELETED BY DEFENDANT]
- **Spoliation Note:** *Defendant deleted these videos to conceal the extortion scheme.*

| Timestamp | Speaker | Statement / Illegal Act |
|---|---|---|
| 21:50 | Jedidiah Brown | **Extortion:** Issued a "48 Hour Notice" ultimatum to Plaintiff's colleague (Burgundy Blue), stating that if she did not denounce the Plaintiff, he would "dox" her. |
| 34:00 | Jedidiah Brown | Admitted to directing his "investigation team" to cyberstalk the colleague for refusing to comply with his demands. |

11

| | | |
|---|---|---|
| 15:30 | Jedidiah Brown | **Execution of Threat:** Proceeded to dox the colleague's employment history and parents after the 48-hour deadline expired. |
| 1:01:00 | Jedidiah Brown | Admitted to sending the colleague's address to a third party to "pass around" and investigate. |

**VIDEO H: THREATS OF FINANCIAL RUIN**

- **Video Title:** *Jed 5-30-24* (and *Jed 5-26-24*)
- **Date:** May 26, 2024 / May 30, 2024
- **Status: [DELETED BY DEFENDANT]**

| Timestamp | Speaker | Statement / Illegal Act |
|---|---|---|
| 1:21:00 | Jedidiah Brown | **Financial Threat:** Explicitly stated he will "keep going until he has all of [Plaintiff's] resources," confirming the intent to cause total financial insolvency. |
| 1:00:46 | Jedidiah Brown | **Economic Harm:** Demanded "another super chat" (money) specifically in response to his team successfully demonetizing the Plaintiff's channel. |

**VIDEO I: RECENT ESCALATION - THREATS & ULTIMATUMS (NOV 2025)**

- **Video Title:** *DaShay Louis Hall Sr. has my attention*
- **Date:** November 8, 2025
- **Status: [DELETED BY DEFENDANT]**

| Timestamp | Speaker | Statement / Illegal Act |
|---|---|---|

12

|  | Jedidiah Brown | **Assault/Threat:** Issued a specific, time-sensitive "Killshot" deadline: "You got 24 hours to let it be clear... Cuz if you don't you have my commitment and I'll let you fuck around and find out". |
|---|---|---|
|  | Jedidiah Brown | **Commercial Exploitation:** Used an unauthorized screenshot of Plaintiff's torso as a visual aid for the entire segment to drive engagement and revenue, stating: "Listening to your warning not only did I remove anything but I added to it". |

**VIDEO J: ADMISSION OF INTERSTATE STALKING & PATERNITY ATTACKS**

- **Video Title:** *If y'all don't stop this madness F## DaShay Hall* (and *VNOTTS in overdrive*)
- **Date:** November 7, 2025
- **Status:** [DELETED BY DEFENDANT]

| Timestamp | Speaker | Statement / Illegal Act |
|---|---|---|
|  | Jedidiah Brown | **Admission of Stalking:** Bragged about the interstate confrontation: "I literally came all the way to his city and that bitch ass nigga called the police". |
|  | Jedidiah Brown | **Attack on Family/Paternity:** Maliciously spread rumors that Plaintiff is not the father of his child, stating: "Rumor has it that that ain't his child and his wife actually went out and got her some real dick". |
|  | Jedidiah Brown | **Right of Publicity:** Admitted financial motive for the harassment, stating Plaintiff "couldn't sleep at night because his fat ass is now a thumbnail". |

13

**VIDEO K: ADMISSION OF EVASION OF SERVICE**

- **Video Title:** *DaShay Louis Hall and the VNOTTS caught me lacking*
- **Date:** November 13, 2025
- **Status:** [DELETED BY DEFENDANT]

| Timestamp | Speaker | Statement / Illegal Act |
|---|---|---|
| 00:36:11 | Jedidiah Brown | **Evasion:** Explicitly taunted the legal process: "Stop sending sheriff's notices to Mary Avant's house... I don't live there anymore... find me ho. Pay a process server and serve me". |
| 00:07:05 | Jedidiah Brown | **Financial Motive:** Admitted that the harassment campaign is his livelihood: "I will have all of his resources". |
|  | Jedidiah Brown | **Intent to Destroy Family:** Stated the goal is that "when your children look at who you were in life they're not going to see anything worth measuring". |

14

Respectfully submitted,

*[signature]*

DaShay Hall Sr.

629 Westridge Court

Yukon, OK 73099

AriFootball25@gmail.com

15